No. 01–10949. BALTAZAR v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 01–10951. PEEPLES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10952. TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–10953. WINDHAM v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10954. YEUNG MUNG WENG v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 01–10955. CHAVEZ YBARRA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–10956. WILLIAMS v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10957. RUIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–10958. AHART v. OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 01–10959. ELLIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–10960. NEAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–10961. ANDERSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 01–10963. SERRANO v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–10964. BELLIZZI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.